**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| KETTERING ADVENTIST HEALTHCARE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:21-cv-136 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| JADE DESIGNS, LLC, D/B/A FULLY PROMOTED, *et al*. | : | |
| | : | |
| | : | |
| Defendants. | : | |

---

### ENTRY AND ORDER STAYING ACTION AS TO DEFENDANT JENNIFER SNYDER

---

Presently before the Court is Kettering Adventist Healthcare ("KHN") Notice of Bankruptcy of Defendant Jennifer Snyder and Suggestion of Limited Stay. (Doc. No. 63.) Defendant Jennifer Snyder ("Snyder") filed for bankruptcy under Chapter 7 of the United States Bankruptcy Code on July 19, 2024. (Doc. No. 63-1.) As Snyder has filed a bankruptcy petition, the proceeding against her are stayed. 11 U.S.C. § 362. At this time, there is no indication that Defendant Jade Designs has filed for bankruptcy or taken any action that would warrant as stay as to the company. Therefore, this matter will proceed as the Court has previously ordered with regard to Defendant Jade Designs.[1]

---

[1] Defendant Jade Designs is currently unrepresented. Corporate entities cannot appear pro se. *See Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("The rule of this circuit is that a corporation cannot appear in federal court except through an attorney."); *Ward v. Intercontinental Mortg. Grp., LLC*, No. 1:09-cv-473, 2012 WL 3025098, at *1 (S.D. Ohio July 24, 2012) (noting that limited liability companies cannot appear in federal court except through an attorney) (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993)). Therefore, Defendant Jade Designs, LLC will need to retain counsel to continue in this case.

For the reasons stated above, this matter is STAYED as to Defendant Jennifer Snyder.  This matter will not be stayed as to Defendant Jade Designs.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, July 31, 2024.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2