AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KETTERING ADVENTIST HEALTHCARE  *Plaintiff* <br> v. <br> Jade Design, LLC, dba Fully Promoted, et al  *Defendant* | Civil Action No. 3:21-cv-00136 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff is awarded compensatory damages in the amount of $1,180,000 for the undisputed amount it paid for the masks. b. Plaintiff is awarded incidental damages in the amount of $47,582 for its undisputed fit testing costs. c. Plaintiff is awarded pre- and post-judgment interest.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Default Judgment.

Date: 9/12/24

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk